UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KELLY HODGES | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 2:19-cv-01736 |
| | * | |
| PARKER TOWING COMPANY, INC. | * | SECT. T MAG. 4 |
| | * | JUDGE GREG GERARD GUIDRY |
| | * | MAGISRATE KAREN ROBY |

**PLAINTIFF'S AMENDED WITNESS LIST**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Kelly Hodges, who submits and files his amended list of witnesses who will or may be called to testify at the trial of this matter as follows:

1. Kelly Hodges
   12080 Donald Road
   Bay Minette, Alabama 36507-6852

   Testimony will concern facts and circumstances surrounding the accident, conditions at the scene, etc. and Plaintiff's complaints and treatment, pain and suffering.

2. Dr. Jeffrey Conrad
   The Orthopedic Group
   Post Office Box 86144
   Mobile, Alabama 36689

   Testimony will concern medical facts, examinations, evaluation, treatment, diagnostic tests, medical history, opinions, Plaintiff's physical condition and complaints.

3. Bay Minette Physical Therapy
1512 S. US Highway 31
Bay Minette, Alabama 36507

Testimony will concern medical facts, examinations, evaluation, treatment, diagnostic tests, medical history, opinions, physical therapy, Plaintiff's physical condition and complaints.

4. Dr. Bradley Bartholomew
2600 North Hullen
Metairie, Louisiana 70002

Testimony will concern medical facts, examinations, evaluation, treatment, diagnostic tests, medical history, opinions, physical therapy, Plaintiff's physical condition and complaints.

5. Dr. R. Douglas Bostick, III
3001 Division Street, Suite 204
Metairie, Louisiana 70002

Testimony will concern medical facts, examinations, evaluation, treatment, diagnostic tests, medical history, opinions, physical therapy, Plaintiff's physical condition and complaints.

6. Jimmy Stewart – Parker Towing Pilot
170 Creax Road
Axis, Alabama 36505

Testimony will concern the circumstances surrounding plaintiff's injury and training provided to plaintiff about his job duties and about the equipment used to perform the job.

7. Justin Hoffman – Parker Towing Crewmember
755 Allen Road
Grove Hill, Alabama

Testimony will concern the circumstances surrounding plaintiff's injury and training provided to plaintiff about his job duties and about the equipment used to perform the job.

8. Clinton Tyler Dunegan – Parker Towing Crewmember
108 Maple Street
Grovehill, Alabama 36451

Testimony will concern the circumstances surrounding plaintiff's injury and training provided to plaintiff about his job duties and about the equipment used to perform the job.

9. Doug Miller
Complete Rehabilitation Services, Inc.
813 Downtowner Boulevard, Suite-C
Mobile, Alabama 36616

Vocational rehabilitation expert whose testimony will concern vocational rehabilitation potential and employability of Plaintiff in the current job market.

10. G. Randolph Rice
7048 Moniteau Court
Baton Rouge, Louisiana 70809

Expert economist whose testimony will concern lost wages and future wages, income, fringe and related benefits, and/or loss wage earnings capacity and other economic damages of Plaintiff in the current and future job market.

11. David Cook
Post Office Box 160461
324 S. Sage Avenue
Mobile, Alabama 36606

Testimony will concern the investigation of the cause of plaintiff's incident and plaintiff's medical treatment.

12. Ron Jesser and/or Chris Bushhorn
c/o Parker Towing
1001 3rd Street
Northport, AL 35476

Testimony will concern the investigation of plaintiff's incident, plaintiff's medical treatment, defendant's pay rate for employee, employee benefits, training of employees, and incident investigation policies and procedures.

STEPHEN J. JOHNSON, ATTORNEY LLC

/s/ Stephen J. Johnson

Stephen J. Johnson, Esq. (#22439)
Post Office Box 3320
#1 Church Street
Houma, Louisiana 70361 / 70364
Telephone: (985) 868-9600
Facsimile: (985) 868-1254
Email: sjohnson@stephenjohnsonlaw.com
Counsel for Plaintiff, Kelly Hodges