UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLY HODGES<br><br>VERSUS<br><br>PARKER TOWING COMPANY, INC. | CIVIL ACTION<br>NO. 2:19-CV-01736<br><br>SECTION "T"<br>JUDGE GREG G. GUIDRY<br><br>DIVISION 4<br>MAG. JUDGE KAREN WELLS ROBY |

**PARKER TOWING COMPANY, INC.'S**
**REVISED WITNESS AND EXHIBIT LIST**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Parker Towing Company, Inc. ("Parker Towing"), who, pursuant to the Court's Scheduling Order [R. Doc. 44], provides the below revised and/or updated Witness and Exhibit List:

**WITNESS LIST**

Parker Towing may call the following witnesses at trial:

1. Plaintiff, Kelly Hodges
c/o Plaintiff's counsel
May testify regarding the facts concerning his accident, the events leading up to and after his accident, his medical treatment, his work history, his maintenance and cure payments received, and any other relevant topics.

2. Justin E. Hoffman
c/o Parker Towing
1001 3rd Street
Northport, AL 35476
May testify regarding facts concerning Plaintiff's accident, including but not limited to: the events leading up to and after Plaintiff's accident, Plaintiff's training or deckhand training, the condition of the M/V THELMA PARKER II, the use of ratchets, and building and breaking tow.

3. James "Jimmy" Stewart
c/o Parker Towing
1001 3rd Street
Northport, AL 35476
May testify regarding facts concerning Plaintiff's accident, including but not limited to: the events leading up to and after Plaintiff's accident, Plaintiff's training

or deckhand training, the condition of the M/V THELMA PARKER II, the use of ratchets, and building and breaking tow.

4. Tyler Dunegan
Former Employee of Parker Towing
Last Known Address:
108 Maple Street
Grovehill, AL 36451
May testify regarding facts concerning Plaintiff's accident, including but not limited to: the events leading up to and after Plaintiff's accident, Plaintiff's training or deckhand training, the condition of the M/V THELMA PARKER II, the use of ratchets, and building and breaking tow.

5. Chris Bushhorn
c/o Parker Towing
1001 3rd Street
Northport, AL 35476
May testify to authenticate records and certify maintenance and cure payments have been made, and to discuss company policies and procedures, including but not limited to, hiring procedures, training of deckhands, promotion policies, and job requirements.

6. Ron Jesser
Former Employee of Parker Towing
Last Known Address:
4359 Timberdale Dr.
Tuscaloosa, AL 35404
May testify regarding the facts concerning Plaintiff's accident, including but not limited to, the events leading up to and after Plaintiff's accident, payment of maintenance and cure to Plaintiff, Plaintiff's employment with Parker Towing, hiring procedures, training of deckhands, promotion policies, and job requirements.

7. David Cook
P.O. Box 160461
Mobile, Alabama 36616
May testify regarding the facts concerning Plaintiff's accident, including but not limited to, the events leading up to and after Plaintiff's accident, the investigation of Plaintiff's incident, and Plaintiff's medical care.

8. Any and all medical providers or health care providers to Kelly Hodges, including but not limited to:

   a. The Orthopaedic Group, PC

   b. Bay Minette Physical Therapy Services, Inc.

c. MedCenter South

d. MedCenter South Urgent Care

e. Encore Rehabilitation, Inc.

f. Mobile Surgery Center

g. Bay Minette Medical Arts Center

h. Thomas Hospital

i. Dr. Jeffrey Conrad

j. Dr. Mohammad J. Uddin

k. David Wilkins, PT

l. Todd Kilpatrick, DPT

9. Robert "Bob" E. Borison
Total Safety Services, Inc.
218 Magnolia St.
Long Beach, Mississippi 39560
An expert witness in marine safety to provide testimony concerning maritime procedures and industry standards, including but not limited to, working with tow wires and ratchets, building and breaking tow, responsibilities of a deckhand, proper training, and any other topics contained within his report

10. Nancy Favaloro
Seyler Favaloro Ltd.
1615 Poydras Street, Suite 1040
New Orleans, LA 70112
An expert witness to provide testimony relating to Plaintiff's vocational rehabilitation, including but not limited to, vocational and earning capacity, lost earnings, cost of replacement labor and lost ability/time in performing household services, and any other topics contained within her report.

11. John Theriot, Jonathan Stoltz, or Jason Schellhaas
Malcolm Dienes, LLC, Certified Public Accountants
611 N. Causeway Blvd.
Metairie, LA 70001
An expert witness to provide testimony as an economist concerning the calculation of Plaintiff's economic wage loss, if any, as a result of the alleged accident and injury, and any other topics contained within his report.

12. Dr. Everett G. Robert
Southern Brain & Spine
3798 Veterans Memorial Blvd., Suite 200
Metairie, LA 70002

A board certified neurosurgeon to provide expert testimony concerning Plaintiff's medical treatment or physical condition, including interpretation of all films, diagnostic imaging, nerve conduction studies, and any other testing relating to Plaintiff's alleged cervical spine issues, and any other topics contained within his independent medical examination report.

13. Dr. Charles G. Haddad, Jr.
Pontchartrain Orthopedics & Sports Medicine
3939 Houma Boulevard, Suite 21
Metairie, LA 70006

A board certified orthopedic surgeon to provide expert testimony concerning Plaintiff's medical treatment or physical condition, including interpretation of all films, diagnostic imaging, nerve conduction studies, and any other testing relating to Plaintiff's alleged shoulder issues, and any other topics contained within his independent medical examination report.

14. A duly authorized corporate representative(s) of Parker Towing

15. Custodian of Records for Parker Towing

16. Any and all fact and expert witnesses listed by Plaintiff, including any and all fact and expert witnesses listed by Plaintiff in the future;

17. Any witness identified through the course of discovery;

18. Any witness needed to authenticate any document, photo or video, including but not limited to any record custodian;

19. Any witness necessary for impeachment purposes;

20. Any witness necessary to authenticate or introduce any exhibit;

21. Any witness necessary for rebuttal; and

22. Any expert to testify as to any issue disclosed by Plaintiff in this litigation.

Parker Towing reserves the right to amend this Witness List as discovery progresses and/or as permitted.

**EXHIBIT LIST**

Parker Towing may utilize the following exhibits at trial:

1. Report of Marine Accident, Incident or Injury (PTC00332-00334)

2. Parker Towing's Employee Handbook (PTC00001-00084)

3. Relevant Portions of Parker Towing's Safety Management System (PTC00085-00308)

4. Vessel Logs for M/V THELMA PARKER II from November 2, 2017 to December 7, 2017 (PTC00321-00331)

5. Green Deckhand's Checklist

6. Personnel File of Kelly Hodges (PTC00338-00423)

7. Parker Towing Safety and Training Videos, including but not limited to Deckhand Orientation and Safe Line Handling Practices

8. Deckhand's Manual

9. Records reflecting payments of maintenance and cure (PTC00461-00532) and supplemental pay (PTC00838-00841)

10. Certified medical records, therapy records, pharmacy records, medical reports, medical films, diagnostic and neurological imaging, including but not limited to MRIs, CT scans, X-rays, and nerve conductions studies, and all documentation regarding Plaintiff's past and future medical treatment including records from:

    a. The Orthopaedic Group, PC

    b. Bay Minette Physical Therapy Services, Inc.

    c. MedCenter South

    d. MedCenter South Urgent Care

    e. Encore Rehabilitation, Inc.

    f. Mobile Surgery Center

    g. Bay Minette Medical Arts Center

    h. Thomas Hospital

    i. Dr. Jeffrey Conrad

j. Dr. Mohammad J. Uddin

k. David Wilkins, PT

l. Todd Kilpatrick, DPT

m. CVS Pharmacy

n. Walmart Pharmacy

o. Any and all other medical records, therapy records, medical reports, medical films, and all documentation regarding Plaintiff's past and future medical treatment from any other medical provider.

11. Any document produced in discovery by Plaintiff and all answers and/or responses to Interrogatories or Requests for Production;

12. Any other deposition videos, transcripts and exhibits attached thereto or any witness deposed in this matter;

13. Any other document relied upon by any expert in issuing a report or offering opinions;

14. Any medical records relied upon by any expert in issuing a report or offering opinions;

15. Any Exhibit listed or identified by Plaintiff in his Exhibit List;

16. Any demonstrative evidence that may be necessary, including but not limited to a the same or a similar ratchet to the one that Plaintiff would have been using at the time of his alleged injury; and

17. Any document for impeachment purposes.

Parker Towing reserves the right to amend this Exhibit List as discovery progresses and/or as permitted.

Respectfully submitted,
JONES WALKER, L.L.P.

*/s/ C. Barrett Rice*

JEFFERSON R. TILLERY (#17831)
C. BARRETT RICE (#30034)
SARA B. KUEBEL (#38305)
201 St. Charles Avenue – 50th Floor
New Orleans, Louisiana 70170-5100
(504) 582-8238 Telephone
(504) 589-8238 Facsimile

***Attorneys for Defendant,***
***Parker Towing Company, Inc.***